# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TERRENCE SHANAHAN, individually and on behalf of all others similarly situated;**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JEFFREY GLOVER, an individual; and JOHN DOE, an unknown business entity;**<br><br>**Defendants.** | **8:22CV280**<br><br>**ORDER** |

Pursuant to the notice of settlement (Filing No. 7) filed by the plaintiff,

**IT IS ORDERED:**

1. On or before **November 15, 2022**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 19th day of September, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge